IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 10-cv-01186-WDM-MJW

SHERI PETER,

      Plaintiff,

v.

LINCOLN BENEFIT LIFE COMPANY,
CUNA MUTUAL GROUP/d/b/a CUNA MUTUAL INSURANCE SOCIETY,

      Defendants.

---

## NOTICE OF DISMISSAL OF CERTAIN CLAIMS ONLY

---

The court takes judicial notice that certain parties have filed a Stipulation for Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, Plaintiff's claims against Lincoln Benefit Life Company and counterclaims against each other are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on November 8, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL